PD-0376-15

PD-0376-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/7/2015 11:30:47 AM
Accepted 4/15/2015 10:32:52 AM
ABEL ACOSTA
CLERK

NO. _____

---

### IN THE TEXAS COURT OF CRIMINAL APPEALS

---

**TIMOTHY HERRING**

*Petitioner,*

**V.**

**THE STATE OF TEXAS,**

*Respondent.*

---

**From the Second Court of Appeals, No. 02-12-00546-CR,
and the District Court of Wise County, Texas,
Cause No. CR16345-A**

---

### FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

---

FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

J. Jeffrey Springer
State Bar No. 18966750
SPRINGER & LYLE, LLP
1807 Westminster
Denton, TX 76205
Jeff@Springer-Lyle.com
940-387-0404
940-383-7656 (fax)
*Counsel for Appellant*

Pursuant to TEX. Rs. APP. P. 10, and 68.2(c), Timothy Herring requests an extension of time to file his petition for discretionary review, and in support, offers the following:

1.     The petition for discretionary review is currently due April 11, 2015.

2.     Counsel for Petitioner requests a 32 day extension of time, making the due date for the petition May 14, 2015.

3.     This is the first request for an extension of time to file the petition for review.  No other extensions have been requested by Petitioner's attorney.

4.     Counsel for Petitioner relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

> Counsel did not represent Petitioner in the trial court or in the court of appeals.  Counsel was first appointed to represent Petitioner on April 1, 2015. Counsel needs additional time to familiarize himself with the record and legal issues involved in order to adequately prepare petitioner's request for relief.

5.     Counsel for Appellant seeks this extension only to be able to prepare a more thorough, cogent and succinct argument to aid this Court in analyzing Petitioner's issues.  This request is not sought for delay but so that justice may be done.

6.     As shown in the certificate of conference, the undersigned has conferred with counsel for the State, who has indicated that the State does not oppose this motion.

7.     All facts recited in this motion are within the personal knowledge of the attorney whose signature appears below; therefore no verification is necessary under Tex. R. App. P. 10.2.

**PRAYER FOR RELIEF**

For the reasons described above, Appellant requests that this Court grant this Unopposed First Motion to Extend Time and extend the deadline for filing the petition for discretionary review brief up to and including May 19, 2015.  Petitioner also requests all other relief to which he may be entitled.

Respectfully submitted,

J. Jeffrey Springer
State Bar No. 18966750
SPRINGER &  LYLE, LLP
1807 Westminster
Denton, TX  76205
Jeff@Springer-Lyle.com
940-387-0404
940-383-7656 (fax)

 /s/ J. Jeffrey Springer
*Counsel for Petitioner*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the State regarding this motion and that the State is NOT opposed to this motion.

_____/s/_____ J. Jeffrey Springer_____

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Appellate Procedure on the 6th day of April, 2015, to the following:

***Via facsimile: (940) 627-6404***
Mr. Greg Preston Lowery, Esq.
Wise County District Attorney
101 North Trinity, Suite 200
Decatur, Texas 76234

***Via facsimile: (817) 887-9032***
Mr. Tim Cole, Esq.
222 West Exchange Avenue
Fort Worth, Texas 76164

_____/s/_____ J. Jeffrey Springer_____